IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA PAUL, | CIVIL ACTION NO. 2:19-CV-920 |
| Plaintiff, | ELECTRONICALLY FILED |
| v. | |
| OSI RESTAURANT PARTNERS, LLC and BLOOMIN' BRANDS, INC. | NOTICE OF VOLUNTARY DISMISSAL |
| Defendants. | |

Filed on behalf of Plaintiff:

CHRISTINA PAUL

Counsel of Record for this Party:
Matthew C. Cairone
PA ID NO 49638
THE CAIRONE LAW FIRM PLLC
PMB 58
1900 MAIN ST, STE 107
CANONSBURG PA 15317-5861
(724) 416-3261
mcc@caironelawfirm.com



AND NOW, this 21st day of August, 20 19
IT IS SO ORDERED.
UNITED STATES DISTRICT JUDGE

## NOTICE OF VOLUNTARY DISMISSAL

No defendant has filed an answer or a motion for summary judgment.

Accordingly, Plaintiff gives this Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i).


*Matthew Cairone*
Matthew Cairone
Counsel for Plaintiff
The Cairone Law Firm PLLC
PMB 58, Ste 107, 1900 Main St
Canonsburg PA 15317